**STATE of Missouri, Respondent,**

v.

**Derrick D. FRENCHER, Appellant.**

**No. WD 62657.**

Missouri Court of Appeals,
Western District.

Oct. 26, 2004.

Sarah W. Patel, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Jefferson City, for respondent.

Before ULRICH, P.J., LOWENSTEIN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Following a jury trial, Derrick Frencher was convicted as an accomplice of murder in the second degree, Section 565.021,[1] and armed criminal action, Section 571.015. Frencher argues that the trial court plainly erred when it submitted the verdict director for murder in the second degree, because the verdict director misstated the law. Affirmed. Rule 30.25(b).

---

1. All statutory references are to RSMo. (1994) unless otherwise indicated.